AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of West Virginia

SEALED

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Tactical Solutions Group, LLC located at 219 North Eisenhower Drive, Beckley, Raleigh County, WV 25801

Case No. 2:19-mj-00066

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Southern District of West Virginia *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before July 9, 2019 *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Dwane L. Tinsley, United States Magistrate Judge.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of ________.

Date and time issued: June 25, 2019 12:56 PM

[signature]
*Judge's signature*

City and state: Charleston, West Virginia

Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

**Return**

| Case No.: 2:19-mj-00066 | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: ____________________

____________________________________
*Executing officer's signature*

____________________________________
*Printed name and title*

ATTACHMENT A

Description of 219 North Eisenhower Drive, Beckley, WV:

Commercial building located at 219 North Eisenhower Drive, Beckley, Raleigh County, West Virginia. Real estate district 01 Beckley Corp, Map 2 Parcel 349 as found in Book 50661 Page 8473 as Surface 6000 Square Feet US 19-21 (0.14 acres) as recorded in the Raleigh County Clerk and Assessor Office.

Physical description described as one-story gray in color commercial storefront building with a flat roof and with black metal awning across its front with mirrored glass windows and door also across its front. Building has an attached garage door side entrance along the south side of the building structure. Building has a white vinyl privacy fence located on each side of the physical lot and a paved parking area in its front adjoining the roadway edge of North Eisenhower Drive. A TSG Tactical Solutions Group LLC business sign displays on a pole located at the north corner of the parking lot.

**Summary**

| | | | |
|---|---|---|---|
| Parcel ID (Account) | 01 2034900000000 | Legal Description 2 | BY-PASS |
| Tax Year | 2019 | Legal Description 3 | |
| Neighborhood | 014C | Year Built | |
| District | 01 Beckley Corp | Total Rooms | |
| Map | 2 | Bed Rooms | |
| Parcel | 349 | Full Baths | |
| Sub Parcel | | Half Baths | |
| Special Id | | Additional Fixtures | |
| Tax Class | Class 4 | Total Fixtures | |
| Land Use | 373 Retial - Single Occupancy | Heating | |
| Calculated Acres | 0.14 | Heating Fuel Type | |
| Property Class | Commercial | Living Area (SF) | |
| Assessed Land | $ 28,080.00 | State | WV |
| Assessed Building | $ 40,140.00 | City | DANIELS |
| Mineral Value | $ 0.00 | Zip Code | 25832 |
| Homestead Value | $ 0.00 | Count | 1 |
| Total Assessed Value | $ 68,220.00 | Pricing Method | F |
| Owner's Name | TACTICAL SOLUTIONS GROUP LLC | Total Acres | 0.14 |
| Owner's Mail Address | P O BOX 667 | Land Price | $ 46,800.00 |
| Owner's Mail Address | | Last Sale Price | |
| Location | 219 N Eisenhower Dr | Last Sale Apr | |
| Deed Book | 5066 | Sales Ratio | |
| Location | | Sale Year | |
| Page | 8473 | Last Sale Date | |
| Homestead | | Price per SqFt | |
| Street Name | EISENHOWER | Sales Ratio | |
| Legal Description 1 | SUR 6000 SQ FT US 19-21 | Appraisal per SqFt | |

http://mapping.raleighcountyassessor.com/portal/full_summary.php?PARID=0

1+++2034900000000&TAXYR=2019

https://www.google.com/maps/place/219+N+Eisenhower+Dr,+Beckley,+WV+25801/@37.7837868,-81.1701418,81m/data=!3m1!1e3!4m5!3m4!1s0x884ef2d1ee058e85:0xa1d7eaaa547f15eb!8m2!3d37.7837825!4d-81.169948



https://www.google.com/maps/place/219+N+Eisenhower+Dr,+Beckley,+WV+25801/@37.7838688,-81.1696528,3a,75y,254.19h,87.98t/data=!3m6!1e1!3m4!1sO8Zsk6yeV7Rjk5ihgwBbzQ!2e0!7i13312!8i6656!4m5!3m4!1s0x884ef2d1ee058e85:0xa1d7eaaa547f15eb!8m2!3d37.7837825!4d-81.169948

219 US-19
Beckley, West Virginia
Google
Street View - Jun 2018
219 North
Eisenhowe
acco & Liquor
US 19
Google

# ATTACHMENT B

All documents, correspondence, spreadsheets, or other such materials, whether in paper or electronic form pertaining to any federal contract for the following federal agencies or departments; Department of Defense, any state or federal law enforcement agencies, and or any state or federal government agency for Technology Management Solutions LLC dba TBS and Tactical Solutions Group LLC dba TSG (hereafter referred to as "the entities"), Natalie P. Cochran and Michael B. Cochran (hereafter referred to as "the individuals") for the period of January 1, 2017 to the present:

1. All documents relating to any work performed for any federal or state agencies by Michael or Natalie Cochran or their entities, including:

    a. Appointment calendars
    b. Correspondence
    c. Travel records and expense vouchers
    d. Audits and related work papers
    e. Financial records, including spreadsheets
    f. Insurance policies and attendant papers

2. All documents relating to the formation of the entities, and any amendments thereto including:

    a. Articles of incorporation or organization
    b. By Laws or operating agreement
    c. Minute books
    d. Stock or unit books
    e. Stock or unit transfer records
    f. Annual reports filed with the state of incorporation or organization

3. All documents (including computer tapes or discs) summarizing annual, quarterly, monthly, weekly or daily financial performance of the entities, including:

    a. Annual auditor's report
    b. Annual financial statements, including:
        i. Balance Sheets
        ii. Statements of Operations (Profit & Loss Statements)
        iii. Annual filings with the SEC or other federal or state agencies or regulatory bodies
    c. Trial balances
    d. Federal and state income tax returns and quarterly estimated tax returns
    e. Sales tax returns

4. Employment records, including:

      a.    Payroll journals
      b.    Annual recap of wages paid (filed with the IRS)
      c.    All W-2s and Forms 1099s issued
      d.    All forms 940 and 941 filed
      e.    All state employment and unemployment returns filed
      f.    All checks, or other payment documents issued as salary, commission/bonus guaranteed partner payments or other earned income payments
      g.    All contracts or other agreements made or entered into by the entities.
      h.    Time card, sign in sheets or other documents listing the identities of employees, hours worked, and/or payment.

5. Any and all correspondence, letters, faxes, email, files, or other documents reflecting telephone conversations, meetings, contracts, agreements or transactions to or from the entities.

6. Copies of all documents in books of original entry (including computer tapes or discs) containing entries reflecting any and all transactions of the entities including:

      a.    General ledgers
      b.    General journals
      c.    Summary journals, including:

            i.    Sales journals
            ii.    Purchase journals
            iii.    Cash receipts journals
            iv.    Cash disbursements journals

      d.    Invoices
      e.    Sales receipts (or cash register tapes)
      f.    Purchase orders
      g.    Receiving reports
      h.    Inventory records
      i.    Expense Reports

7. Retained copies of all documents relating to the entities' and individuals banking transactions, including:

      a.    All documents pertaining to all open or closed checking, savings, or other deposit or checking accounts held in the name of, for the benefit of, or under the control of the entities including:

            i.    Retained copies of signature cards
            ii.    Corporate board authorization minutes or partnership resolutions
            iii.    Bank statements
            iv.    Cancelled checks

        v. Deposit tickets
        vi. Retained copies of items deposited
        vii. Retained copies of credit and debit memos
        viii. Forms 1099, 1089, or back-up withholding documents

b. All documents pertaining to open or closed bank loans or mortgage documents/ reflecting loans made to, co-signed by or made for the benefit of the entities and/or individuals, including:

        i. Loan applications
        ii. Corporate board authorization minutes or partnership resolutions
        iii. Loan statements
        iv. Documents (including checks, debit memos, cash receipts, wire transfer documents) reflecting the means by which loan repayments were made
        v. Retained copies of documents (including bank checks, credit memos, wire transfer documents) reflecting disbursement of the loan proceeds
        vi. Copies of loan correspondence, including:
            (1) Letters to the bank
            (2) Letters from the bank
            (3) Notes and memoranda to the file
        vii. Collateral agreements and documents
        viii. Credit reports
        ix. Financial statements
        x. Notes or other instruments reflecting the obligation to pay
        xi. Real estate mortgages, chattel mortgages or other security instruments for loans
        xii. Forms 1099, 1089 or back-up withholding documents
        xiii. Loan amortization statements

c. All documents relating to loans made by the entities and/or individuals, including:

        i. Loan applications
        ii. Members or directors authorizing resolutions or partnership resolutions
        iii. Loan statements
        iv. Documents (including bank checks, credit memos, wire transfer records) reflecting the means by which loan repayments were made; reflecting the means by which loan repayments were made
        v. Documents (including bank checks, credit memos, wire transfer records) reflecting the disbursement of loan proceeds.

d. All documents pertaining to Certificates of Deposit purchased or redeemed by or for the benefit of the entities and/ or individuals, including:

        i. Copies of certificates

        ii. Corporate board authorization minutes or partnership resolutions

iii. Documents (including checks, debit memos, cash receipts, wire transfer documents) reflecting the means by which the CD was purchased

iv. Retained copies of documents (including bank checks, credit memos, wire transfer documents) reflecting disbursement of the proceeds of any negotiated CD

v. Records reflecting interest earned, withdrawn or reinvested

vi. Records reflecting roll-overs

vii. Forms 1099, 1089 or back-up withholding documents.

e. All documents pertaining to open or closed investment or security custodian accounts, IRA, Keogh, SEP or other retirement plans in the name of, for the benefit of, or under the control of the entities and/or individuals, including:

i. Documents (including checks, debit memos, cash receipts, wire transfer documents) reflecting the means by which the securities were purchased

ii. Retained copies of documents (including bank checks, credit memos, wire transfer documents) reflecting disbursement of the proceeds of any negotiated securities

iii. Confirmation slips

iv. Monthly statements

v. Payment receipts

vi. Safekeeping records and logs

vii. Receipts for receipts or delivery of securities

viii. Forms 1099, 1098 or back-up withholding documents

f. Bank correspondence files

g. All documents pertaining to all cashier's, manager's, or bank checks, traveler's checks, or money orders purchased or negotiated by or on behalf of the entities, including:

i. Documents (including checks, debit memos, cash receipts, wire transfer documents) reflecting the means by which the checks or money orders were purchased

ii. Retained copies of documents (including bank checks, credit memos, wire transfer documents) reflecting disbursement of the proceeds of any negotiated checks or money orders

iii. Applications for purchase of checks or money orders

iv. Retained copies of checks or money orders

h. All documents pertaining to wire transfers sent or received by or on behalf of the entities and/ or individuals, including:

i. Retained copies of Fed Wire, Swift or other money transfer or

                                                        message documents

ii. Documents (including checks, debit memos, cash receipts, wire transfer documents) reflecting the source of the funds wired out

iii. Documents (including bank checks, credit memos, wire transfer documents) reflecting the ultimate disposition of the funds wired in

iv. Notes, memoranda or other writings pertaining to the sending or receipt of wire transfers

i. All documents pertaining to current or expired safe deposit box rentals in the name of, for the benefit of, or under the control of the entities and/or individuals.

j. All documents pertaining to open or closed bank credit cards in the name of, for the benefit of, or under the control of the entities and/or individuals, including:

i. Applications for credit
ii. Corporate board authorization minutes or partnership resolutions
iii. Retained copies of credit reports
iv. Monthly statements
v. Financial statements
vi. Charge tickets
vii. Documents (including checks, debit memos, cash receipts, wire transfer documents) reflecting payments on the account

8. All records of payment of dividends, loans, salary, wages, distributions, and other disbursements from a) the entities to its officers, members, stockholders, and directors or relatives of any of the foregoing; and b) from any source to Natalie P. Cochran or Michael B. Cochran.

9. Federal and state income tax returns and quarterly estimated tax returns, including Schedules K-1, and related work papers and supporting documents. IRS Forms 1040, 1065, 1120S, W-2, 1099 and W-2G and supporting schedules.

10. All documents showing the entities and/or individuals purchase, ownership, lease (as lessor or lessee), or sale of any asset, personal or real.

11. All documents reflecting any loan or gift made by any of the entities and/or individuals to someone other than its officer, member, stockholder, or director and/or to employees, stockholders and/or officers of the entities.

12. All documents reflecting any loan or gift made to any of the entities by someone other than its officer, member, stockholder, or director and/or to employees, stockholders and/or officers of the entities.

13. All documents showing calculations, additions, reductions, and contributions to capital accounts of members, including all records used for entries for

        Schedule Ml and M2 on the Balance Sheets for the entities and for the Schedule K-1 of Forms 1120.

14. All records relating to certified audits including audit reports, work papers, letters, correspondence, and financial statements.

15. Any and all records of assets or liabilities held by the entities for clients or members, including bank account (savings or checking) statements, advices of deposits, advices of withdrawal, purchases, deeds, closing statements for purchase or sale of real property, deeds of trust, promissory notes, other lending documents, stock certificates, margin account statements, documents of margin advances and payments, signature cards for checking, savings and brokerage accounts, applications for margin accounts and loans.

16. All correspondence to and from the entities' investors, clients, accountants, employees and contract labor, including e-mails.

17. Records pertaining to the purchase of any vehicles and boats, or any motor vehicle including motorcycles and all-terrain vehicles. Deeds, titles and other documents related to the ownership, control or other interest in assets.

18. Records pertaining to any aircraft and/or watercraft, including titles, contracts for purchase, sale and maintenance, expenses, income, lease payments, storage and related records and correspondence.

19. Receipts, invoices, deposit tickets, bank statements, credit card statements and receipts, cancelled checks, check registers and receipts, money orders and receipts, traveler's checks and receipts, passbook savings account books, and wire transfer documents.

20. Bank loan records, financial statements, loan payment histories, Investment records, stocks and bonds, and investment statements.

21. Any and all contracts to which the entities or individuals are a party, including the solicitation of investors.

22. Any and all firearms associated with the Cochrans, TMS or TSG

23. Any and all records associated with the Cochrans', TMS' or TSG's Federal Firearms License (FFL).

24. Notebooks or other paper documents reflecting hand written or typed information reflecting monetary amounts due to employees for services performed.

25. Any sum of currency or financial instrument as well as any and all other proceeds of Wire Fraud, Mail Fraud and/or Bank Fraud or evidence of violations of the Bank Secrecy Act.

The above description of items to be seized includes all of the foregoing items of evidence in whatever form and by whatever means such materials, their drafts, or their modifications may have been created or stored any handmade form (such as writing), any photocopies, any mechanical form (such as printing or typing), any electrical, electronic, or magnetic form or data (such as any information on electronic or magnetic storage device or media, such as floppy diskettes, hard disks, CD/DVD, USB drives, or any other portable computer media) and any other form (such as photograph, printer buffer, video tape or magnetic audio tape).

In addition cellular telephones, tablets, computer hardware, software, documentation, passwords, data security devices, and data further described in the affidavit incorporated by reference into this search warrant, are also to be seized.